BEST SOUND AND SECURITY, INC., Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

Submitted August 15, 2005; decided November 22, 2005

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that dismissed the appeal from Supreme Court's December 2003 order and reversed Supreme Court's March 2004 order, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

In the Matter of KEVIN PATRICK BRADY, Appellant, v THOMAS M. VAN STRYDONCK, as Administrative Judge of the Seventh District, et al., Respondents.

In the Matter of KEVIN PATRICK BRADY, Appellant, v STEPHEN R. SIRKIN, as Acting Supreme Court Justice, et al., Respondents.

IN THE MATTER OF THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, Respondent, v KEVIN PATRICK BRADY, Appellant.

Submitted August 29, 2005; decided November 22, 2005

Motion, insofar as it seeks leave to appeal from the orders of Presiding Justice Pigott, dismissed upon the ground that no appeal lies to the Court of Appeals from an order of an individual Justice of the Appellate Division (NY Const, art VI, § 3 [b]; CPLR 5602); motion, insofar as it seeks leave to appeal from the May 2005 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.